UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMEN ZAKARYAN a/k/a/ Armen Zarkaryan,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM (in her official capacity as Secretary of U.S. Department of Homeland Security) *et al.*,<br><br>　　　　　Respondents. | **ORDER Scheduling TRO Briefs**<br><br>ED CV 26-00718-VBF-MBK |

　　**No later than 11:59 p.m. on Thursday, February 19, 2026, respondents SHALL FILE a brief responding to the temporary restraining order ("TRO") application.**

　　**No later than 11:59 p.m. on Friday, February 20, 2026, petitioner MAY REPLY.**

　　The Court finds this matter suitable for resolution without oral argument.

　　IT IS SO ORDERED.

Dated:  February 17, 2026

　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　Senior United States District Judge