# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armen ZAKARYAN,<br><br>                Petitioner,<br><br>    v.<br><br>Kristi NOEM, et al.,<br><br>                Respondents. | Case No. 5:26-cv-00718<br><br>**TEMPORARY RESTRAINING ORDER and**<br><br>**ORDER TO SHOW CAUSE WHY A PRELIM. INJUNCTION SHOULD NOT ISSUE** |

The Court finds that all four factors set forth in *Winter v. Nat. Res. Def. Council*, 555 U.S. 7 (2008) weigh in favor of granting a TRO.

Therefore, the Court temporarily restrains Respondents from transferring Petitioner outside the Central District of California during the pendency of his Petition for Writ of Habeas Corpus. If Respondents have transferred Petitioner outside the Central District, they are ordered to return him to the Central District immediately.

The Court orders Petitioner's immediate release on an Order of Supervision ("OSUP") under the same terms and conditions as his prior OSUP. Respondents are enjoined from redetaining Petitioner unless Respondents comply with the regulations governing revocation of an OSUP and present sufficient evidence to the Court that Petitioner's removal from the United States is reasonably foreseeable.

Finally, the Court temporarily restrains Respondents from removing Petitioner to a third country without written notice to both Petitioner and Petitioner's counsel. Following notice, Petitioner must be given a meaningful opportunity, and a minimum of 10 days, to raise a fear-based claim for withholding of removal or protection under the Convention Against Torture prior to removal.

If Petitioner demonstrates a "reasonable fear" of removal to a third country, Respondents must move to reopen Petitioner's removal proceedings. If Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of 15 days, for

Petitioner to seek reopening of his immigration proceedings.

The Court also enjoins Respondents from removing Petitioner to a third country where he will be immediately imprisoned.

**No later than 11:59 p.m. on Wednesday, February 25, 2026, the respondents MAY SHOW CAUSE, in writing, why a preliminary injunction should not issue consistent with the terms of the instant TRO.**

**No later than 11:59 p.m. on Friday, February 27, 2026, petitioner MAY FILE a reply brief.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Date: February 20, 2026

_____

The Hon. Valerie Baker-Fairbank
Senior United States District Judge