# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Armen ZAKARYAN,

              Petitioner,

    v.

Kristi NOEM, et al.,

            Respondents.

Case No. 5:26-cv-00718-VBF-MBK

**ORDER GRANTING UNOPPOSED REQUEST FOR PRELIM. INJUNCTION**

By Temporary Restraining Order and Order to Show Cause ("OSC") issued February 20, 2026, CM/ECF Document ("Doc") 9, this Court permitted the respondents to show cause in writing, no later than 11:59 p.m. on Wednesday, February 25, 2026, why a preliminary injunction should not issue.  That deadline has elapsed, and the respondents have not filed any response to the OSC.

**The Court grants the unopposed request for a preliminary injunction.**

**Pending a final ruling on the habeas corpus petition, the respondents remain enjoined from transferring Petitioner** outside the Central District of California.  If Respondents have transferred Petitioner outside the Central District, they are ordered to return him to the Central District immediately.

**Respondents remain enjoined from redetaining Petitioner unless** Respondents comply with regulations governing revocation of an OSUP and present sufficient evidence that Petitioner's removal from the USA is reasonably foreseeable.

**Finally, respondents remain enjoined from removing Petitioner to a third country without written notice** to both Petitioner and Petitioner's counsel. Following notice, Petitioner must be given a meaningful opportunity, and a minimum of 10 days, to raise a fear-based claim for withholding of removal or protection under the Convention Against Torture prior to removal.

If Petitioner demonstrates a "reasonable fear" of removal to a third country, Respondents must move to reopen Petitioner's removal proceedings. If Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country,

Respondents must provide a meaningful opportunity, and a minimum of 15 days, for Petitioner to seek reopening of his immigration proceedings.

**Respondents remain enjoined** from removing Petitioner to a third country where he will be immediately imprisoned.

IT IS SO ORDERED.

Date:  February 27, 2026

_____

The Hon. Valerie Baker-Fairbank
Senior United States District Judge