JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armen ZAKARYAN,<br>Petitioner,<br>v.<br>Kristi NOEM, Secretary, U.S. Department of Homeland Security, et al.,<br>Respondents. | No. 5:26-cv-00718-VBF-MBK<br>**ORDER ENTERING JUDGMENT**<br>Honorable Michael B. Kaufman<br>United States Magistrate Judge<br>A071 053 519 |

On July 14, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment under 28 U.S.C. § 2241. Dkt. 19. For the reasons stated in the Joint Proposed Grant of Petition and Entry of Judgment, the Court enters judgment.

IT IS SO ORDERED.

Dated: 07/27/2026

HONORABLE MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE